UNITED STATES of America,
Plaintiff-Appellee,

v.

James Eddie PALMER, Defendant-Appellant.

No. 16-6918

United States Court of Appeals,
Fourth Circuit.

Submitted: January 6, 2017

Decided: February 3, 2017

Harry Dennis Harmon, Jr., Norfolk, Virginia, for Appellant. Andrew Curtis Bosse, Darryl James Mitchell, Randy Carl Stoker, Assistant United States Attorneys, V. Kathleen Dougherty, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINSON, MOTZ, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Eddie Palmer appeals the district court's order denying his motion nunc pro tunc to adjust his sentence pursuant to U.S. Sentencing Guidelines Manual § 5G1.3(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Palmer, No. 2:93-cr-00090-AWA-2 (E.D. Va. June 28, 2016). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED